1412

## MOTION DOCKET

**93–2319.** State ex rel. Lentz v. Ohio Dept. of Rehab. & Corr.  In Mandamus.  On motion for 60(B) relief from judgment.  Motion denied.

**93–2350.** State ex rel. Pepsi Cola Bottling Co. v. Indus. Comm.  *Franklin County,* No. 92AP–1506. On request for oral argument.  Request denied.